IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN NEUMILLER,<br><br>Defendant. | CV 18–107–M–DLC<br><br>ORDER |

This matter is before the Court on the United States' Motion for Entry of Default and Judgment (Doc. 6) against Defendant Karen Neumiller. It appearing by the affidavit of counsel for the United States that Defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure,

IT IS ORDERED that the United States' Motion (Doc. 6) is GRANTED and the Defendant's default is hereby entered.

IT IS FURTHER ORDERED that, default having been entered against Defendant and counsel for the United States having requested judgment against Defendant in default, and having filed a proper declaration all in accordance with Rule 55 of the Federal Rules of Civil Procedure, judgment is rendered in favor of the United States and against Karen Neumiller in the sum of:

| | |
|---|---|
| Principal | $35,682.09 |
| Interest to February 17, 2018 | $28,557.92 |
| Total | $64,240.01 |

together with interest at the rate of 7.75 percent per annum from February 17, 2018, until the date of judgment, and interest thereon at the legal rate as provided by law from date of this judgment, for all future costs, and for a $400.00 filing fee pursuant to Section 301 of the Federal Courts Administration Act of 1992.

DATED this 17th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court